```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-5-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEEPSTER RECORDINGS LTD.,

      Plaintiff,

  - against -

WORLD'S FAIR LABEL GROUP, INC.,

      Defendant.

**ORDER**

09 Civ. 2155 (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference before the Court on July 30, 2009,

**IT IS HEREBY ORDERED THAT:**

(1) The Parties **SHALL** appear for a status conference before the Court on **September 10, 2009, at 10:00 a.m.**

**SO ORDERED this 5th day of August 2009**
New York, New York

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge