```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-23-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEEPSTER RECORDINGS, LTD.,

                **Plaintiff,**

      - against -

WORLD'S FAIR LABEL GROUP, INC.,

                **Defendant.**

**ORDER**

09 Civ. 2155 (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

The Court having granted Defendant's attorney's application to be relieved as counsel,

**IT IS HEREBY ORDERED THAT:**

(1) To continue prosecuting this case, Defendant must obtain replacement counsel;

(2) If Defendant fails to indicate a plan to obtain new counsel by **October 12, 2009**, the Court will recommend that a default be entered in favor of the Plaintiff.

**SO ORDERED this 23rd day of September 2009**
**New York, New York**

*[signature]*

The Honorable Ronald L. Ellis
United States Magistrate Judge