USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-23-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEEPSTER RECORDINGS, LTD.,

            Plaintiff,

- against -

WORLD'S FAIR LABEL GROUP, INC.,

            Defendant.

ORDER

09 Civ. 2155 (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

    The Court having considered Marc E. Elliot's Motion for Leave to Withdraw as Attorney for Defendant, and without opposition by Plaintiff, the Court finds that there is good cause to grant the motion.

    **IT IS HEREBY ORDERED THAT** Marc E. Elliot is relieved as counsel, and shall provide Defendant with a copy of this ORDER immediately.

SO ORDERED this 23rd day of September 2009
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge